CLARENCE D. BALDWIN, Appellant, *v.* JOHN J. McGRATH, Respondent, Impleaded with Another.

*Baldwin* v. *McGrath*, 113 App. Div. 902, affirmed.
(Argued April 16, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel specific performance of contracts for the conveyance of real property.

*Lucius H. Beers* and *Darius E. Peck* for appellant.

*Charles F. Brown, Charles Stewart Davison* and *Sol. A. Cohn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

OSWELL C. PHILLIPS, Respondent, *v.* CHARLES N. LINDLEY, Appellant.

*Phillips* v. *Lindley*, 112 App. Div. 283, affirmed.
(Argued April 17, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover on a contract alleged to guarantee the payment of a promissory note.

*William H. Harris* for appellant.

*John Ewen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.